UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THERISHA SHIANN WESTFELT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Criminal Action No. 6:23-CR-061-CHB-HAI-1<br><br>**ORDER ADOPTING RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram, [R. 37]. The recommendation instructed the parties to file any specific written objections within three (3) days after being served with a copy of the recommendation, or else waive the right to further review. *See id.* at 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed. Defendant Westfelt did file a consent to plead before the United States Magistrate Judge. [R. 35].

Upon review, the Court is satisfied that Defendant Therisha Shiann Westfelt knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  Judge Ingram's Recommendation of Acceptance of Guilty Plea, [**R. 37**] is **ADOPTED** as and for the opinion of this Court;

2. Defendant Therisha Shiann Westfelt is **ADJUDGED** guilty of Count One of the Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 29th day of October 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY